```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

ASHMEEN MODIKHAN,

                    Plaintiff,                          ORDER
                                               25-CV-4658(EK)(JAM)

          -against-

BAC HOME LOAN SERVICING LP,
et al.,

                    Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

Plaintiff Ashmeen Modikhan filed the instant action on August 20, 2025. *See* ECF No. 1. Proceeding *pro se*, Modikhan filed an Amended Complaint on November 17, 2025. *See* Amended Complaint, ECF No. 5.

The request to proceed *in forma pauperis* is granted. ECF No. 2. The Clerk of Court is directed to issue summonses against the defendants, and the United States Marshals Service is directed to serve the summonses and the amended complaint upon the defendants without prepayment of fees. The Court refers this matter to Magistrate Judge Joseph A. Marutollo for pretrial supervision.

Plaintiff may contact the City Bar Justice Center's Federal *Pro Se* Legal Assistance Project in the Brooklyn Federal

Courthouse at 212-382-4729 or online[1] to make an appointment for free, confidential, limited-scope legal assistance at the Brooklyn Federal Courthouse.  The Federal Pro Se Legal Assistance Project is not a part of, or affiliated with, the Court.

The Court has also reviewed the parties' pre-motion letters concerning defendants' anticipated motion to dismiss and determined that a pre-motion conference is not necessary. The motion shall be briefed as follows: Defendants to serve their motion to dismiss by March 23; Plaintiff to serve her response by April 20; Defendants to serve their reply by April 30.  Each submission should follow the page limits in Rule III.D of the Court's Individual Rules and Practices.  As a courtesy to the Court, the parties are encouraged not to file their motion papers and submit courtesy copies until the motion has been fully briefed, unless doing so might cause a party to miss a statutory deadline. *See* Rule III.C.2 of this Court's Individual Rules and Practices.

The Clerk of Court is respectfully directed to mail a copy of this order and the docket sheet to plaintiff and to note the mailing on the docket.

---

[1] *See* https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.

SO ORDERED.


_/s/ Eric Komitee_
ERIC KOMITEE
United States District Judge


Dated:     February 20, 2026
           Brooklyn, New York